**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1095**

VICTORIA PETERSON,

Plaintiff - Appellant,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; DURHAM COUNTY BOARD OF ELECTIONS; ALEJANDRA JAVIERA CABALLERO,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:20-cv-00260-TDS-JLW)

Submitted: July 20, 2021                          Decided: July 22, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victoria Peterson, Appellant Pro Se.  Willie Samuel Darby, DURHAM COUNTY ATTORNEY'S OFFICE, Durham, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victoria Peterson appeals the district court's order and judgment granting Defendants' motions to dismiss and dismissing her civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Peterson v. N.C. State Bd. of Elections*, No. 1:20-cv-00260-TDS-JLW (M.D.N.C. Dec. 29, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*